*Isadore Bookstein* for appellant.

*Joseph F. Purcell* and *John P. Judge* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Dissenting: THACHER, J. Taking no part: RIPPEY, J.

In the Matter of the Probate of a Paper Propounded as the Will of FREDERICK S. REEVES, Deceased.

LEONA H. FRANKENBACH, Appellant; EMILY R. COOKERLY, Respondent.

Argued April 5, 1944; decided May 25, 1944.

*Fred L. Gross* and *Robert P. Griffing* for appellant.

*Stanley Fowler* and *Milton H. Reuben* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS GABRIEL, Appellant.

Argued April 18, 1944; decided May 25, 1944.